MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ______________
DATE FILED: 9/14/26

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**LUKE T. SHERIDAN**
Phone: (212) 356-2566
Lsherida@law.nyc.gov

September 11, 2026

**By ECF**
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *D.C., et al. v. New York City Dep't of Educ., et al.*
26-cv-07102 (ALC)

Dear Judge Carter:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for the New York City Department of Education ("DOE") and Chancellor Kamar H. Samuels, in his official capacity (hereinafter "Defendants"), in the above-referenced action. I write, with consent of the Plaintiffs, to respectfully request that the Court grant an abeyance of the Plaintiffs' Application for a Preliminary Injunction and/or Temporary Restraining Order.

Since the DOE's last request for an extension of time filed on September 3, 2026, the DOE has addressed all of Plaintiffs' immediate concerns relating to the student's transportation accommodations. The DOE successfully arranged a "ride-share" program for the student and has assigned the paraprofessional requested by the Plaintiffs. As such, Plaintiffs' immediate and urgent concerns relating to the student's transportation accommodations under pendency have been addressed. Now, the parties are working together to resolve the remaining claims seeking reimbursement for the costs of hiring transportation for the student prior to the "ride-share" program being arranged. The DOE has requested more information from Plaintiffs to determine the exact amount at issue, as approval will be needed in order to enter into monetary settlement negotiations.

Currently, the Defendants' deadline to file opposition papers was September 10, 2026, and a conference with the Court is currently scheduled for September 17, 2026. After conferring with Plaintiffs, Defendants now request an abeyance of Plaintiffs' papers in hopes of resolving the remaining claims prior to the September 17th conference, at which point the parties

can update the Court on their progress. Plaintiffs' counsel has consented to this request. This is the Defendants' first request for an abeyance, but third request for an adjustment to the Court's scheduling.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ ______________________
Luke T. Sheridan
Assistant Corporation Counsel

**Via ECF**
Plaintiffs' Counsel

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

9/14/26

The request for an abeyance is GRANTED. The Parties are ORDERED to provide a joint status report by 9/16/26.