**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **D.C. et al**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**NYCDOE ET AL**<br><br>**Defendants.** | **26-CV-7102 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The September 17, 2026 telephonic conference is cancelled.

**SO ORDERED.**

Dated: September 16, 2026
New York, New York

Andrew L Carter

**ANDREW L. CARTER, JR.**
**United States District Judge**